**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR441** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **NICOLE RUFFCORN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion (Filing No. 76) to dismiss the Petition for Offender Under Supervision (Filing No. 62) alleging the Defendant violated her conditions of supervised release.

IT IS ORDERED:

1. The government's motion (Filing No. 76) to dismiss is granted;

2. The Petition for Offender Under Supervision (Filing No. 62) is dismissed without prejudice; and

3. The hearing on the Petition scheduled for Monday, October 17, 2011, at 3:00 p.m. is cancelled.

DATED this 14th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge